# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TINA BOMBERGER et al., | : |
| | : |
| Plaintiffs, | : CIVIL ACTION |
| | : |
| v. | : NO. 17-5298 |
| | : |
| AMERICAN AIRLINES, INC., | : |
| | : |
| Defendant. | : |

## ORDER

**AND NOW**, this __12th____ day of July, 2018, upon consideration of Defendant, American Airlines, Inc.'s Motion To Dismiss Or Transfer For Lack Of Personal Jurisdiction, Improper Venue, Or Inconvenient Forum (Doc. 6), Plaintiffs' Response thereto (Doc. 7), and Defendant's Reply (Doc. 11), **IT IS HEREBY ORDERED AND DECREED** that Defendant's Motion is **GRANTED**.[1]

**IT IS FURTHER ORDERED** that the above-captioned shall be **TRANSFERRED** to the United States District Court for the Western District of North Carolina.

**BY THE COURT:**

**/s/ Petrese B. Tucker**

**Hon. Petrese B. Tucker, U.S.D.J.**

---

[1] This Order accompanies the Court's Memorandum dated July _12___, 2018.